DAN RAYFIELD
Attorney General
JASON BROWN  #171846
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  jason.brown@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT L. EMERY,<br><br>Plaintiff,<br><br>v.<br><br>OREGON DEPARTMENT OF CORRECTIONS (ODOC), KACEY THOMPSON, Americans with Disabilities (ADA) Coordinator for Two Rivers Correctional Institution (TRCI); MARCIA VENTURA, Statewide ADA Coordinator; T. HARN, East Law Librarian; MR. HOWSER, Law Librarian; JOHN AND JANE DOE'S ODOC Employees,<br><br>Defendants. | Case No.  2:25-cv-01340-MC<br><br>ANSWER TO COMPLAINT |

Defendants Oregon Department of Corrections, Kaycie Thompson, Marica Ventura,

Tessa Harn, and Jack Howser ("State Defendants"), by and through their legal counsel, Jason

Brown, hereby answer Plaintiff's Complaint and admit, deny, and allege as follows:

Page 1 -   ANSWER TO COMPLAINT
      J1B/da3/1000666684

**GENERAL RESPONSE**

1.

Defendants deny each and every allegation of Plaintiff's Complaint not expressly admitted herein.

**ADMISSIONS**

2.

State Defendants admit the factual allegations contained in Plaintiff's Complaint in Paragraphs 2-3, 5-6.  State Defendants admit jurisdiction and venue are proper, but otherwise deny any legal conclusions contained in those paragraphs.

3.

In response to paragraph 4 of Plaintiff's Complaint, State Defendants admit that the individually named defendants were employees of the State of Oregon but deny the legal conclusions contained in the paragraph.

**DENIALS**

4.

State Defendants deny the following factual allegations in Plaintiff's Complaint: Paragraphs 13, 15, 22-23, 29-30 in its entirety.

5.

State Defendants are without sufficient knowledge as to the truth of the allegations in Paragraphs 7-12, 14, 16-21, 26-28 of Plaintiff's Complaint.  Accordingly, State Defendants deny those allegations, pending investigation and discovery.

**MISCELLANEOUS**

6.

The following paragraphs in Plaintiff's Complaint contain legal conclusions or otherwise

Page 2 -   ANSWER TO COMPLAINT
J1B/da3/1000666684

require no response by State's Defendants: Paragraphs 1, 24-25.  To the extent those paragraphs are found to contain factual allegations or otherwise require a response, State Defendants deny the allegations.

## FIRST CLAIM FOR RELIEF

7.

State Defendants incorporate herein the admissions, denials, and allegations set forth above.

8.

State Defendants admit that ODOC is a public entity.

9.

State Defendants deny the remaining conclusory allegations and legal conclusions in the balance of Plaintiff's First Claim for Relief.

## SECOND CLAIM FOR RELIEF

10.

State Defendants incorporate herein the admissions, denials, and allegations set forth above.

11.

State Defendants are without sufficient knowledge to admit or deny that Plaintiff is a qualified individual with a disability under the Rehabilitation Act.

12.

State Defendants admit that ODOC receives federal funds.

13.

State Defendants deny the remaining conclusory allegations and legal conclusions in the balance of Plaintiff's Second Claim for Relief.

Page 3 -   ANSWER TO COMPLAINT
J1B/da3/1000666684

## THIRD CLAIM FOR RELIEF

14.

State Defendants incorporate herein the admissions, denials, and allegations set forth above.

15.

State Defendants deny the conclusory allegations and legal conclusions in Plaintiff's Third Claim for Relief.

## FOURTH CLAIM FOR RELIEF

16.

State Defendants incorporate herein the admissions, denials, and allegations set forth above.

17.

State Defendants deny the conclusory allegations and legal conclusions in Plaintiff's Fourth Claim for Relief.

18.

To the extent not admitted above, State Defendants deny each and every allegation of Plaintiff's Complaint.  To the extent not addressed above, State Defendants request the court deny each and every prayer for relief in Plaintiff's Complaint pending investigation and discovery.

## FIRST AFFIRMATIVE DEFENSE

(Prison Litigation Reform Act)

19.

State Defendants incorporate herein the admissions, denials, and allegations set forth above.

20.

Page 4 -    ANSWER TO COMPLAINT
J1B/da3/1000666684

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

State Defendants assert all provisions of the Prison Litigation Reform Act (PLRA) to Plaintiff's claims in his Complaint.

## SECOND AFFIRMATIVE DEFENSE

(*Respondeat Superior*)

21.

State Defendants incorporate herein the admissions, denials, and allegations set forth above.

22.

State officials are not liable under 42 U.S.C. § 1983 on a respondent superior theory. *Monell v. Dep't of Soc. Serv.s of City of New York*, 436 U.S. 658, 691-94 (1978); *Ashcroft v. Iqbal*, 556 U.S. 662, 676 (2009); *King v. Atiyeh*, 814 F.2d 565, 568 (9th Cir. 1987) overruled on other grounds by *Lacey v. Maricopa County*, 693 F.3d 896, 925 (9th Cir. 2012); *Taylor v. List*, 880 F.2d 1040, 1045 (9th Cir. 1989).

## THIRD AFFIRMATIVE DEFENSE

(Qualified Immunity)

23.

State Defendants incorporate herein the admissions, denials, and allegations set forth above.

24.

State Defendants allege that at all times relevant to Plaintiff's Complaint, they were acting in good faith and within their discretion pursuant to the laws and statutes of the State of Oregon and the United States, and their conduct violated no clearly established statutory or constitutional rights of which a reasonable official would have knowledge.

Page 5 -   ANSWER TO COMPLAINT
J1B/da3/1000666684

## FOURTH AFFIRMATIVE DEFENSE

(Americans with Disabilities Act)

25.

Defendants incorporate herein the admissions, denials, and allegations set forth above.

26.

Defendants assert all provisions of the Americans with Disabilities Act to Plaintiff's claims in his Complaint.

## FIFTH AFFIRMATIVE DEFENSE

(Rehabilitation Act)

27.

Defendants incorporate herein the admissions, denials, and allegations set forth above.

28.

Defendants assert all provisions of the Rehabilitation Act to Plaintiff's claims in his Complaint.

## SIXTH AFFIRMATIVE DEFENSE

(Eleventh Amendment Immunity)

29.

State Defendants incorporate herein the admissions, denials, and allegations set forth above.

30.

To the extent Plaintiff's § 1983 action is brought against a state agency or seeks damages from a state official sued in their official capacity, it is barred by the Eleventh Amendment.

J1B/da3/1000666684

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## SEVENTH AFFIRMATIVE DEFENSE

(Failure to State a Claim)

31.

Defendants incorporate herein the admissions, denials, and allegations set forth above.

32.

Plaintiff fails to state a claim upon which this Court can grant relief under one or more of the theories set forth in his Complaint.

## RESERVATION OF ADDITIONAL DEFENSES

33.

State Defendants reserve the right to assert additional defenses as they become known throughout investigation and discovery.

## JURY DEMAND

34.

State Defendants demand a jury trial pursuant to Fed. R. Civ. P. 38(b).

**WHEREFORE**, having fully answered Plaintiff's Complaint, State Defendants pray for a judgment in favor of State Defendants against Plaintiff, dismissing Plaintiff's Complaint in its entirety and awarding State Defendants its costs and disbursements incurred herein, and for such other and further relief as the Court may deem appropriate.

DATED November  4 , 2025.

    s/ Jason Brown
JASON BROWN #171846
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
jason.brown@doj.oregon.gov
Of Attorneys for Defendants

Page 7 -    ANSWER TO COMPLAINT
J1B/da3/1000666684

# CERTIFICATE OF SERVICE

I certify that on November 4 , 2025, I served the foregoing **DEFENDANTS' ANSWER**

**TO COMPLAINT** upon the parties hereto by the method indicated below, and addressed to the

following:

Robert Lee Emery                        ___ HAND DELIVERY
SID#13650508                            ___ MAIL DELIVERY
Two Rivers Correctional Institution     ___ OVERNIGHT MAIL
82911 Beach Access Road                 ___ TELECOPY (FAX)
Umatilla, OR 97882                      ___ E-MAIL
     *Pro Se Plaintiff*                  _X_ **E-SERVED PURSUANT TO**
                                            **TRCI STANDING ORDER NO. 2019-12**


         *s/ Jason Brown*
         JASON BROWN #171846
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
jason.brown@doj.oregon.gov
Of Attorneys for Defendants

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791