DAN RAYFIELD
Attorney General
JASON BROWN  #171846
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  jason.brown@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| ROBERT L. EMERY,<br><br>             Plaintiff,<br><br>        v.<br><br>OREGON DEPARTMENT OF CORRECTIONS (ODOC), KACEY THOMPSON, Americans with Disabilities (ADA) Coordinator for Two Rivers Correctional Institution (TRCI); MARCIA VENTURA, Statewide ADA Coordinator; T. HARN, East Law Librarian; MR. HOWSER, Law Librarian; JOHN AND JANE DOE'S ODOC Employees,<br><br>             Defendants. | Case No.  2:25-cv-01340-MC<br><br>DECLARATION OF GABRIELL GITNES IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

I, Gabriell Gitnes, declare:

1.      I am employed by the Oregon Department of Corrections (ODOC) as an Assistant

Administrator for Behavioral Health Services (BHS).  I hold a Master of Science in Psychology

Page 1 -    DECLARATION OF GABRIELL GITNES IN SUPPORT OF DEFENDANTS'
            RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
            J1B/da3/1014690656

and have been working in the mental health field since 1998.  I have more than 20 years of experience at ODOC.  I make this declaration based on a combination of personal knowledge and experience, a review of mental health treatment records, and the attached ODOC documentation.

2.    Adult in custody (AIC) Robert Emery is currently housed at Two Rivers Correctional Institution (TRCI) in general population.  (Attachment 1).

3.    AIC Emery's current diagnoses include Attention-Deficit/Hyperactivity Disorder (ADHD), Major Depressive Disorder, recurrent (MDD), and Unspecified Personality Disorder.

4.    I am familiar with the NEO Alphasmart word processor and Securebook laptop devices.

5.    On April 19, 2024, AIC Emery submitted an AIC Accessibility Request for a Securebook.  (Attachment 2).

6.    Part of the accessibility request process at TRCI involves a multidisciplinary team (MDT) review that includes BHS.  The TRCI BHS manager participated in the review of AIC Emery's April 19, 2024 request.  The MDT determined that AIC Emery does not have a disability that affects his ability to read or write and that AIC Emery does not require a word processor to access programs, services, or activities.  (Attachment 2).

7.    ADHD begins in childhood and is marked by a persistent pattern of inattention and/or hyperactivity-impulsivity that can interfere with a patient's functioning.  Typical treatment for ADHD includes medication, psychotherapy, and behavioral interventions.

8.    Treatment for AIC Emery's diagnoses have included medication management, individual therapy and group therapy, and he has acquired coping skills to manage his symptoms through that treatment.

9.    For an AIC with ADHD whose symptoms are causing them to have difficulty using the law library, ear plugs to reduce noise, fidget toys, extended or flexible start and end times or more frequent, shorter breaks to help maintain focus would be indicated.

Page 2 -    DECLARATION OF GABRIELL GITNES IN SUPPORT OF DEFENDANTS'
            RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
            J1B/da3/1014690656

10. Regarding AIC Emery and his current diagnoses, he does not have a mental condition that would interfere with his ability to effectively use the law library and there is no clinical evidence to support the need for a word processor or laptop to mitigate his ADHD.

11. AIC Emery has signed an authorization to disclose his medical records for the purpose of defending against this lawsuit.  (Attachment 3).

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on March  3  , 2026.

GABRIELL GITNES

Page 3 -    DECLARATION OF GABRIELL GITNES IN SUPPORT OF DEFENDANTS'
RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
J1B/da3/1014690656

```
OPS611B                    DOC Offender Profile System                10/14/25
WOLFDI                      Housing/Outcount History                  13:34:26

Offender: 13650508 EMERY, ROBERT LEE              Location: TRCI


                ----Move in-----        -Outcount-  ----Move out----
Cycles     Loca Date        Time  Cell  Reas Loca  Date        Time
01-01-01   DESC 12/02/1999  12:00                  08/25/2000  10:00
01-02-01   OCIC 08/25/2000  10:00 O6                09/08/2000  11:10
01-02-02   OSP  09/08/2000  14:00 D-304B            11/21/2000  08:00
01-02-03   EOCI 11/21/2000  15:30 B416B             02/21/2001  20:25
01-02-03   EOCI 02/21/2001  20:25 SEG25             02/26/2001  15:26
01-02-03   EOCI 02/26/2001  15:26 SEG42             04/17/2001  14:48
01-02-03   EOCI 04/17/2001  14:48 SEG20             05/01/2001  21:20
01-02-03   EOCI 05/01/2001  21:20 SEG39             07/17/2001  15:14
01-02-03   EOCI 07/17/2001  15:14 SEG53A            07/25/2001  07:52
01-02-03   EOCI 07/25/2001  07:52 B326A             07/27/2001  09:25
01-02-03   EOCI 07/27/2001  09:25 SEG85A            07/31/2001  10:06
01-02-03   EOCI 07/31/2001  10:06 A316A             09/06/2001  18:00
01-02-03   EOCI 09/06/2001  18:00 E345A             11/14/2001  12:30
01-02-04   SRCI 11/14/2001  21:20 3C04A             03/14/2002  18:30
01-02-04   SRCI 03/14/2002  18:30 3G17A             12/06/2002  18:30
01-02-04   SRCI 12/06/2002  18:30 1B209A            05/14/2003  08:00
01-02-05   TRCI 05/14/2003  13:50 07-45A            05/19/2003  20:01
01-02-05   TRCI 05/19/2003  20:01 05-35A            05/19/2003  22:31
01-02-05   TRCI 05/19/2003  22:31 05-34A            05/22/2003  10:00
01-02-05   TRCI 05/22/2003  10:00 05-34A            06/04/2003  07:25
01-02-06   SRCI 06/04/2003  20:00 2E08A             07/14/2003  18:45
01-02-06   SRCI 07/14/2003  18:45 1B123A            07/24/2003  20:00
01-02-06   SRCI 07/24/2003  20:00 1B128A            07/31/2003  20:10
01-02-06   SRCI 07/31/2003  20:10 1B108A            04/03/2006  22:48
01-02-06   SRCI 04/03/2006  22:48 INF16             04/04/2006  13:30
01-02-06   SRCI 04/04/2006  13:30 1B108A            05/10/2006  18:33
01-02-06   SRCI 05/10/2006  18:33 1B108B            11/09/2006  10:15
01-02-06   SRCI 11/09/2006  10:15 1B108A            04/13/2007  13:40
01-02-06   SRCI 04/13/2007  13:40 1C303B            05/29/2007  22:28
01-02-06   SRCI 05/29/2007  22:28 1C335A            07/08/2008  19:45
01-02-06   SRCI 07/08/2008  19:45 1C335B            01/12/2009  14:10
01-02-06   SRCI 01/12/2009  14:10 1C329B            04/03/2009  20:15
01-02-06   SRCI 04/03/2009  20:15 1A335B            11/13/2009  07:22
01-02-06   SRCI 11/13/2009  07:22 1A301B            06/14/2010  14:03
01-02-06   SRCI 06/14/2010  14:03 DSA05             06/14/2010  14:39
01-02-06   SRCI 06/14/2010  14:39 INF2              06/15/2010  07:43
01-02-06   SRCI 06/15/2010  07:43 DSA05             08/08/2010  13:00
01-02-06   SRCI 08/08/2010  13:00 DSA04             12/22/2010  08:00
01-02-07   OSP  12/22/2010  15:20 BHU15             12/28/2010  12:08
01-02-07   OSP  12/28/2010  12:08 BHU14             12/29/2010  15:23
01-02-07   OSP  12/29/2010  15:23 BHU15             01/11/2011  17:59
01-02-07   OSP  01/11/2011  17:59 BHU01B            06/01/2011  12:15
01-02-07   OSP  06/01/2011  12:15 ICH15B            06/11/2011  00:26
01-02-07   OSP  06/11/2011  00:26 ICH36             07/22/2011  16:58
01-02-07   OSP  07/22/2011  16:58 ICH47             08/14/2011  09:45
01-02-07   OSP  08/14/2011  09:45 BHU14             08/23/2011  18:27
01-02-07   OSP  08/23/2011  18:27 ICH22B            08/30/2011  17:22
01-02-07   OSP  08/30/2011  17:22 ICH26             10/02/2011  13:21
01-02-07   OSP  10/02/2011  13:21 ICH34             10/07/2011  14:18
01-02-07   OSP  10/07/2011  14:18 ICH47             11/15/2011  17:27
01-02-07   OSP  11/15/2011  17:27 D-121             07/26/2012  17:08
```

```
OPS611B                    DOC Offender Profile System                10/14/25
WOLFDI                      Housing/Outcount History                  13:34:26

Offender: 13650508 EMERY, ROBERT LEE                    Location: TRCI


                 ----Move in-----        -Outcount-  ----Move out----
Cycles     Loca Date        Time  Cell   Reas Loca  Date        Time
01-02-07   OSP  07/26/2012 17:08 D-134              03/20/2013 18:22
01-02-07   OSP  03/20/2013 18:22 DS-101             03/25/2013 14:10
01-02-07   OSP  03/25/2013 14:10 MHI05              04/18/2013 11:56
01-02-07   OSP  04/18/2013 11:56 MHI12              04/23/2013 14:47
01-02-07   OSP  04/23/2013 14:47 BHU39              04/25/2013 17:09
01-02-07   OSP  04/25/2013 17:09 BHU35              07/04/2013 13:40
01-02-07   OSP  07/04/2013 13:40 BHU27              08/14/2013 17:33
01-02-07   OSP  08/14/2013 17:33 BHU04              08/15/2013 14:26
01-02-07   OSP  08/15/2013 14:26 BHU27              09/12/2013 13:53
01-02-07   OSP  09/12/2013 13:53 BHU05              10/26/2013 14:18
01-02-07   OSP  10/26/2013 14:18 BHU08              10/27/2013 00:05
01-02-07   OSP  10/27/2013 00:05 BHU02              10/28/2013 12:06
01-02-07   OSP  10/28/2013 12:06 BHU05              01/21/2015 05:39
01-02-08   TRCI 01/21/2015 10:35 MH-44B             03/23/2015 21:49
01-02-08   TRCI 03/23/2015 21:49 INF10B             03/24/2015 09:55
01-02-08   TRCI 03/24/2015 09:55 MH-44B             03/30/2015 19:26
01-02-08   TRCI 03/30/2015 19:26 INF04              03/31/2015 13:36
01-02-08   TRCI 03/31/2015 13:36 MH-44B             05/06/2015 09:03
01-02-08   TRCI 05/06/2015 09:03 DS155              06/04/2015 10:13
01-02-08   TRCI 06/04/2015 10:13 MH-44B             02/08/2016 19:02
01-02-08   TRCI 02/08/2016 19:02 DS022              02/17/2016 10:11
01-02-08   TRCI 02/17/2016 10:11 MH-44B             07/13/2016 14:11
01-02-08   TRCI 07/13/2016 14:11 MH-05B             03/18/2017 23:30
01-02-08   TRCI 03/18/2017 23:30 INF05              03/24/2017 10:32
01-02-08   TRCI 03/24/2017 10:32 MH-05B             04/02/2017 07:51
01-02-08   TRCI 04/02/2017 07:51 INF05              04/02/2017 09:28
01-02-08   TRCI 04/02/2017 09:28 MH-05B             06/08/2017 22:00
01-02-08   TRCI 06/08/2017 22:00 INF04              06/09/2017 05:30
01-02-08   TRCI 06/09/2017 05:30 MH-05B             07/01/2017 03:55
01-02-08   TRCI 07/01/2017 03:55 INF05              07/01/2017 10:18
01-02-08   TRCI 07/01/2017 10:18 MH-05B             08/24/2017 21:30
01-02-08   TRCI 08/24/2017 21:30 INF07A             08/25/2017 08:32
01-02-08   TRCI 08/25/2017 08:32 MH-05B             11/13/2017 16:18
01-02-08   TRCI 11/13/2017 16:18 DS108              11/14/2017 09:56
01-02-08   TRCI 11/14/2017 09:56 MH-05B             04/25/2018 22:09
01-02-08   TRCI 04/25/2018 22:09 DS018              04/26/2018 10:14
01-02-08   TRCI 04/26/2018 10:14 MH-05B             07/21/2018 20:22
01-02-08   TRCI 07/21/2018 20:22 INF07B             07/23/2018 15:47
01-02-08   TRCI 07/23/2018 15:47 DS110              07/27/2018 10:10
01-02-08   TRCI 07/27/2018 10:10 MH-05B             09/11/2018 13:00
01-02-08   TRCI 09/11/2018 13:00 INF07A             09/12/2018 08:59
01-02-08   TRCI 09/12/2018 08:59 MH-05B             09/15/2018 20:52
01-02-08   TRCI 09/15/2018 20:52 DS109              09/17/2018 13:43
01-02-08   TRCI 09/17/2018 13:43 MH-05B             04/19/2019 09:02
01-02-08   TRCI 04/19/2019 09:02 NOCELL             04/19/2019 09:04
01-02-08   TRCI 04/19/2019 09:04 MH-01B             04/19/2019 12:02
01-02-08   TRCI 04/19/2019 12:02 INF09A             04/19/2019 15:19
01-02-08   TRCI 04/19/2019 15:19 MH-01B             11/10/2020 13:01
01-02-08   TRCI 11/10/2020 13:01 NOCELL             11/10/2020 13:02
01-02-08   TRCI 11/10/2020 13:02 MH-13B             02/22/2021 07:11
01-02-08   TRCI 02/22/2021 07:11 MH-10              06/02/2021 09:50
```

Emery (AIC) SID# 13650508 v. Oregon Department of Corrections, et al; USDC 3:24-cv-00637-AR

EMERY-ODOC-000002

Attachment 1, Page 2 of 3

```
OPS611B                    DOC Offender Profile System              10/14/25
WOLFDI                     Housing/Outcount History                 13:34:26

Offender: 13650508 EMERY, ROBERT LEE                    Location: TRCI


              ----Move in-----        -Outcount- ----Move out----
Cycles     Loca Date       Time  Cell  Reas Loca Date       Time
01-02-08   TRCI 06/02/2021 09:50 INF07B           06/03/2021 09:45
01-02-08   TRCI 06/03/2021 09:45 MH-10            08/10/2021 19:09
01-02-08   TRCI 08/10/2021 19:09 DS017            08/10/2021 19:24
01-02-08   TRCI 08/10/2021 19:24 DS021            08/19/2021 19:01
01-02-08   TRCI 08/19/2021 19:01 DS004B           08/20/2021 13:51
01-02-08   TRCI 08/20/2021 13:51 MH-10            10/06/2021 12:03
01-02-08   TRCI 10/06/2021 12:03 DS107            10/07/2021 13:30
01-02-08   TRCI 10/07/2021 13:30 MH-10            02/27/2023 13:09
01-02-08   TRCI 02/27/2023 13:09 13-11            02/27/2023 17:58
01-02-08   TRCI 02/27/2023 17:58 DS107            02/28/2023 18:21
01-02-08   TRCI 02/28/2023 18:21 13-11            08/28/2025 07:19
01-02-08   TRCI 08/28/2025 07:19 12-11
```

Emery (AIC) SID# 13650508 v. Oregon Department of Corrections, et al; USDC 3:24-cv-00637-AR

EMERY-ODOC-000003

Attachment 1, Page 3 of 3



## Adult in Custody (AIC) Accessibility Request Form

*If you need assistance filling out this form, please contact your institution ADA Coordinator.*

**ADULT IN CUSTODY INFORMATION - PLEASE PRINT:**

| Name: Robert L. Emery | SID#: 13650508 | | |
|---|---|---|---|
| Institution: TRCI | Cell: 13-11 | Date: 4-19-24 | |

☐ Requesting ASL for the following program, service, or activity: _____

☐ Approved for a hearing aid by Health Services Provider: _____

**DESCRIBE YOUR ACCESSIBILITY REQUEST:** Do not leave this section blank. This section must describe what program, service, or activity you need help with. How are you prevented from accessing it? How would your request help you access the program, service, or activity? This form is not intended to be used for medical requests, including requests for **health care equipment, medical restrictions, or medical treatment.** Please contact Health Services for those types of requests.

I am diagnosed with ADHD and have a NEO word processor, I am requesting a SECUREWORD 2.0 to replace it because I have difficulty writing and seeing only a small portion of the screen, I also have great difficulty using it in the law library, because of the conditions there. This NEO only shows a 1x6 screen, about 4 lines of a document so I am constantly having to pay to print out documents so that I can edit them in my cell where I don't have distractions, this is basically an unfair tax on me that others don't have to pay, Ms Harn and AIC Peeler can verify that I do this often, in the law library This SECUREWORD would allow me to see a full page document in my cell and edit it there, saving me money and the law library time, ~~and equal access~~ and equal access to the library

**Please understand making an accessibility request does not automatically guarantee the accessibility request will be granted. Each request is subject to:**
1. **Verification by the Health Services Provider; and**
2. **A Safety and Security Review.**

*I understand that the Institution and Statewide ADA Coordinator may need to obtain and review protected medical or mental health, academic, housing, assignment, or programming records to investigate and review my request. I agree to fully participate and cooperate in this process and understand that additional information may be required in order to process this request. Failure to sign this form may result in denial of this request.*

*White Copy – Retained by ADA Coordinator*
*Canary Copy – Retained by AIC*

CD-1872
5/19/20



## Adult in Custody (AIC) Accessibility Request Form

*If you need assistance filling out this form, please contact your institution ADA Coordinator.*

Adult in Custody Signature: _____    Date: 4-19-24 _____

**ADA Coordinator Notes:**

May 15, 2024 ADA MDT- Reviewed current request, and further review of current NEO accommodation by Health Services, BHS and Education. Records show no disability substantially affects ability to read or write. Further review of current NEO accommodation determined no need at this time.

Department has specific rules for affording reasonable access to law library service.

□ Approved

□ Approved but with the following modification:

_____
_____
_____
_____

□ Referred to Statewide Coordinator
☒ Referred to Medical and Statewide ADA Coordinator    *Education + BHS*

□ Referred to BHS and Statewide ADA Coordinator

Institution ADA Coordinator:

Name ____Kaylee Thompson____

Signature _____    Date: 6/4/24 _____

2

*White Copy – Retained by ADA Coordinator*
*Conary Copy – Retained by AIC*

CD-1872
5/19/20

Emery (AIC) SID# 13650508 v. Oregon Department of Corrections, et al; USDC 3:24-cv-00637-AR
EMERY-PROD-000115
Attachment 2, Page 2 of 2

## AUTHORIZATION TO DISCLOSE MEDICAL RECORDS

This authorization must be written, dated and signed by the patient or by a person authorized by law to give authorization.

I authorize *Oregon Department of Corrections* to release a copy of the medical information for *Robert L. Emery, SID No. 13650508, DOB: August 6, 1963*, to the *Oregon Department of Justice, Trial Division, and/or Jason Brown, Attorney/Amanda Carter, Paralegal, 1162 Court St. NE, Salem, OR 97301-4096.*

The information will be used for the following purposes(s): *Investigate issues contained in your (AIC Emery) complaint and in defense of State of Oregon, et al., and its employees during the course of this lawsuit.*

*Continuity of patient care.*  By initialing the spaces below, I specifically authorize the release of the following records, if such records exist:

_RE_ All hospital records (including nursing records and progress notes)
_RE_ Transcribed hospital reports          _RE_ Clinician office chart notes     _RE_ Laboratory reports
_RE_ Medical records needed for continuity of care  _RE_ Physical Therapy records   _RE_ Pathology reports
_RE_ Most recent five-year history          _RE_ Diagnostic imaging reports   _RE_ Dental records
_RE_ Emergency and Urgency care records     _RE_ Billing statements         _RE_ Other

___*HIV/AIDS – related records      _RE_ *Mental Health information      ___*Genetic testing information
*Must be initialed to be included in other documents.*

___**Drug/alcohol diagnosis, treatment or referral information: <u>all records contained in medical files</u>
**Federal Regulation 42 CFR Part 2, requires a description of how much and what kind of information is to be disclosed.*

___ This authorization is limited to the following treatment: _____
___ This authorization is limited to the following time-period: _____
___ This authorization is limited to a workers' compensation claim for injuries: _____ (date)

Individuals cannot be denied treatment based on a failure to sign this authorization form, and a refusal to sign this form will not affect the payment, enrollment, or eligibility for benefits.

This authorization may be revoked at any time. The only exception is when action has been taken in reliance on the authorization. Unless revoked earlier, this consent will remain in effect for the period reasonably needed to complete the pending litigation or shall expire 180 days from the date of the signing of the judgment for the case known as *Robert Lee Emery (13650508) v. Oregon Department of Corrections, et al. – USDC Case No. 2:25-cv-01340-MC.*

I have read this form and agree to the uses and disclosures of the information as described. I understand that refusing to sign this form does not stop disclosure of health information that has occurred prior to revocation or that is otherwise permitted by law without my specific authorization or permission including disclosures to covered entities as provided by Oregon Administrative Rule (OAR) 943-014-0015. I understand that information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy laws.

10-20-25
_____
*(Date)*

_____
*Signature:  Robert L. Emery*

Attachment 3, Page 1 of 1

## CERTIFICATE OF SERVICE

I certify that on March 3, 2026, I served the foregoing **DECLARATION OF**

**GABRIELL GITNES IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S**

**MOTION FOR PRELIMINARY INJUNCTION** upon the parties hereto by the method

indicated below, and addressed to the following:

Robert Lee Emery                       ___ HAND DELIVERY
SID#13650508                           ___ MAIL DELIVERY
Two Rivers Correctional Institution    ___ OVERNIGHT MAIL
82911 Beach Access Road                ___ TELECOPY (FAX)
Umatilla, OR 97882                     ___ E-MAIL
    *Pro Se Plaintiff*    _X_ **E-SERVED PURSUANT TO**
                                  **TRCI STANDING ORDER NO. 2019-12**

*s/ Jason Brown*
JASON BROWN #171846
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
jason.brown@doj.oregon.gov
Of Attorneys for State Defendants

Page 1 -    CERTIFICATE OF SERVICE
       J1B/da3/1000596984