DAN RAYFIELD
Attorney General
JASON BROWN  #171846
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  jason.brown@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| ROBERT L. EMERY,<br><br>   Plaintiff,<br><br>  v.<br><br>OREGON DEPARTMENT OF CORRECTIONS (ODOC), KACEY THOMPSON, Americans with Disabilities (ADA) Coordinator for Two Rivers Correctional Institution (TRCI); MARCIA VENTURA, Statewide ADA Coordinator; T. HARN, East Law Librarian; MR. HOWSER, Law Librarian; JOHN AND JANE DOE'S ODOC Employees,<br><br>   Defendants. | Case No.  2:25-cv-01340-MC<br><br>DECLARATION OF PORTIA VILLERS IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

Page 1 - DECLARATION OF PORTIA VILLERS IN SUPPORT OF DEFENDANTS' RESPONSE
   TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
    J1B/da3/1014690668

I, Portia Villers, declare:

1.      I am employed by the Oregon Department of Corrections (ODOC) as Library Services Supervisor.  In that capacity, I make this declaration based on a combination of personal knowledge and the attached ODOC documentation.

2.      TRCI has two law libraries available to general population split to serve two sides of the institution.  Each law library has 10 workstations that are available Monday through Thursday 8:00 am to 10:30 am and 1:00 pm to 3:30 pm and Friday 8:00 am to 10:30 am.

3.      Oregon Administrative Rule 291-139-0190 governs AIC access to and use of removable media devices (RMD).  At ODOC's discretion, AICs may be issued one RMD, commonly referred to a "flash drive" for the purpose of saving and storing legal documents created using word processing equipment in the law library.

4.      On March 20, 2025, AIC Robert Emery signed a Removable Media Usage Acknowledgment Statement attesting that he had reviewed OAR 291-086 AIC (Access to Automation) and OAR 291-139 (Legal Affairs) and acknowledging that he understood the rules and that RMDs are a discretionary privilege subject to search.  (Attachment 1).

5.      RMDs are the property of ODOC, and they are routinely reviewed by the library coordinators or other ODOC staff for safety and security and to enforce rule compliance.  In my experience, I have known AICs to store the legal work of others on their RMDs—leading to extortion or bribery.  I have also known AICs to write books, letters to family, and even letters to harass their victims while using their time in the law library and storing those unauthorized documents on their RMDs.  It is TRCI's practice to review all RMDs on a quarterly basis.

6.      AICs are only allowed to save their own legal documents that include pleadings, motions, affidavits, judgments, or other documents further defined in OAR 291-139-0110(10).  AICs are not permitted to save letters or other writings that are not specifically defined as "legal documents" including correspondence to an attorney.  Allowing AICs to store attorney-client privileged communications on RMDs would undermine ODOC's ability to review RMDs for

Page 2 -    DECLARATION OF PORTIA VILLERS IN SUPPORT OF DEFENDANTS' RESPONSE
              TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
                  J1B/da3/1014690668

safety and security.  The documents permitted to be stored on RMDs are those that would normally be filed with the court in connection with a legal action.

7.      AICs who are authorized to possess a Securebook laptop are prohibited from using the laptop to draft or store legal documents.  Securebooks are subject to regular security searches.  All Securebooks are issued with an ODOC memorandum outlining the conditions of use.  (Attachment 2).

8.      **I declare under penalty of perjury that the foregoing is true and correct.** EXECUTED on March  2  , 2026.

Portia Villers  Digitally signed by Portia Villers
Date: 2026.03.02 07:56:32 -08'00'

PORTIA VILLERS

Page 3 -    DECLARATION OF PORTIA VILLERS IN SUPPORT OF DEFENDANTS' RESPONSE
           TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
           J1B/da3/1014690668

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791



## Legal Thumb Drive Transfer
## to New Devices - 2025



**Oregon AIC**
**Legal Library**

**Date:** _March 20th_ , 2025

**Name:**    Emery, Robert                                          **SID:**    13650508

**Institution:**    TRCI (East Law Library)                      **Unit/Bunk:**    13-11

**Old Removable Media Device (RMD) #:**    535

**New Removable Media Device (RMD) #:**    535

Beginning May 2023, Legal Library RMDs will be replaced every two years in an effort to minimize the likelihood of device corruption. You will be required to sign a new Removable Media Usage Acknowledgment Statement (CD 1761) every time your RMD is replaced. Please review the transferred files and sign below. If you do not approve the transfer of your files to a new RMD, you will lose access to the RMD.

**Changes:**
- The new RMDs have larger capacity (4 GB)
- You are now limited to two levels of folders on your RMD. This will aid you in organization of your files and assist Library Coordinators in auditing your RMD each quarter (every 3 months).

---

**Choose one:**

☑   I agree that all information provided to me on my newly assigned RMD is complete and accurate

☐   I no longer need the Legal Library RMD assigned to me and request that all documents be deleted. If need, I will request a new RMD.

☐   I am refusing the transfer of my legal files to a new RMD and understand that I will not be allowed access to my RMD until I accept or release from DOC custody, whichever comes first.

_____    _____
AIC Signature    _Under protest_           Date    3 - 20 - 25

_____    _____
Staff Signature                             Date    3/20/25

Page 11

Attachment 1, Page 1 of 2



# Removable Media Usage Acknowledgment Statement



*Oregon AIC Legal Library*

ESD #535

One of the ways the department can ease your access to the courts and promote technological literacy is through the discretionary loaning of removable media devices (RMD) for use in the law library. Being issued a removable media device is a privilege. Your use of a loaned RMD will be monitored by Library Coordinators or other staff as designated by the functional unit manager (FUM).

Library Coordinators, or other staff as designated, will perform periodic audits of your assigned RMD for appropriateness of content saved to the device. Inappropriate content that is irrelevant to your legal case(s) or not stored properly will need to be removed and/or properly saved. To aid in the organization of files on your RMD, you are authorized to store files two folders deep. Repeated misuse of an RMD, depending on the severity, may be subject to disciplinary action in accordance with the rule on Prohibited Conduct and Processing Disciplinary Actions (OAR 291-105).

Law Library RMDs will be replaced every two years to minimize the likelihood of device corruption. You will sign a new CD 1761 each time you are assigned a new RMD. When you are within two weeks of release, the Library Coordinator will take your RMD to your institution's Record staff to be placed in your Release Packet.

Before being issued a removable media device you need to review the following:

- ✓ AIC Access to Automation OAR 291-086
- ✓ Legal Affairs (AIC) OAR 291-139
- ✓ Word Processing Manual

**Acknowledgment Statement:**

I, **Robert Emery,** have read and understand the AIC Access to Automation OAR 291-086, Legal Affairs (AIC) OAR 291-139, and technology operation manuals as directed.

I agree to abide by the terms of the rules and guidance of the manuals, and I understand that if I violate these rules I may be subject to disciplinary action.

I understand that the removable media device assigned to me is provided at the discretion of the department and is a privilege. I understand that my assigned device will be reviewed by staff on a periodic basis to confirm the appropriateness of items I have stored.

I understand that the files on my assigned device will be transferred to a brand-new removable media device every two years to minimize the likelihood of corruption, and that my assigned device will be placed in my Release Packet approximately two weeks prior to my projected release date.

Printed Name: Emery, Robert          SID:    13650508

Signature: _____ Date: _3-20-25_

*under protest*

CD 1761 (05/2023)
Attachment 1, Page 2 of 2



STATE OF OREGON
DEPARTMENT OF CORRECTION

INTEROFFICE MEMO

Date

**TO:**        AIC Name    **SID #:** SID    **UNIT/BUNK:** Unit/Bunk
Two Rivers Correctional Institution

**FROM:**      K. Thompson, TRCI ADA Coordinator

**SUBJECT:**   **Secure Book**

This confirms your authorization to the following Oregon Department of Corrections (ODOC) property:

- **Secure Book w/MS Word including text to speech software, power cord, and earphone with microphone.**        **SERIAL #:** Serial Number    **DIC ID #:** ODOC ID

You must keep the Secure Book in your possession, unless it is being reviewed by staff. It is only permitted in your cell, unit dayroom, and to and from the law library for printing.

This authorization is subject to periodic review and assessment to ensure that the authorized item is appropriate for assisting with access to Department programs, services, and activities.

This secure book is the property of the Oregon Department of Corrections. This device, and its contents, are subject to regular security searches or reviews.  The searches/reviews will be used to ensure that the device is being appropriately used and maintained.  In the event of abuse or misuse, your authorization to use the device may be restricted or revoked, and you may be held responsible for damage that is beyond ordinary wear and tear.

ODOC will not be responsible for loss of documents saved on this device in the event it is lost or broken in such a way that information is not retrievable.

You will be allowed to print one (1) copy of the following documents at no cost to you:

- Communications to family/friends
- Official ODOC business
- Completed Accessibility Forms and
- AIC communications

You are authorized to make **two (2)** copies of a completed Grievance or Discrimination Complaint, at no cost to you.

**Personal document printing process**:
1. Submit an AIC Communication form to the law library requesting personal printing.
2. You will be put on a 30-minute call out to the Law Library. You are responsible to be on time and prepared.
    a. Bring your secure book and power cord to your scheduled call out.
    b. You will be given 15 minutes to print.
3. The Library Coordinator will print your documents and perform a cursory review.
4. Once your documents are printed, **the documents will be deleted**.

**Allowable Use:**

Only create documents in accordance with Oregon Department of Corrections Administrative Rules, including AIC Mail, OAR #291-131; AIC Trust Accounts, OAR #291-158; and AIC Inventions, Manuscripts, and / or Compositions, OAR #291-119, OAR #291-086 AIC Access to Automation.

**<u>Legal Documents/Work:</u>**

The secure book is not to be used for legal documents or legal work. The Department has specific rules for affording AICs reasonable access to law library services, equipment, and supplies for the preparation and filing of legal documents, including request for assistance from legal assistants. Please review the rules that govern requests for legal assistance that are set out in the Department's Legal Affairs rules, OAR Chapter 291, Division 139, including the Department's specific rule regarding legal assistants (OAR 291-139-0160.)

_____

AIC Signature                          SID#                          Date


_____

Staff Witness                                                        Date


Cc:    Statewide ADA Coordinator
       TRCI ADA Coordinator
       Law Library
       R & D

2

Attachment 2, Page 2 of 2

## CERTIFICATE OF SERVICE

I certify that on March 3, 2026, I served the foregoing **DECLARATION OF PORTIA VILLERS IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** upon the parties hereto by the method indicated below, and addressed to the following:

Robert Lee Emery
SID#13650508
Two Rivers Correctional Institution
82911 Beach Access Road
Umatilla, OR 97882
  *Pro Se Plaintiff*

  ___ HAND DELIVERY
  ___ MAIL DELIVERY
  ___ OVERNIGHT MAIL
  ___ TELECOPY (FAX)
  ___ E-MAIL
   X  **E-SERVED PURSUANT TO**
    **TRCI STANDING ORDER NO. 2019-12**


*s/ Jason Brown*
JASON BROWN #171846
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
jason.brown@doj.oregon.gov
Of Attorneys for State Defendants

Page 1 -  CERTIFICATE OF SERVICE
  J1B/da3/1000596984