DAN RAYFIELD
Attorney General
JASON BROWN  #171846
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  jason.brown@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| ROBERT L. EMERY, | Case No.  2:25-cv-01340-MC |
| Plaintiff, | DECLARATION OF MARICA VENTURA IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| OREGON DEPARTMENT OF CORRECTIONS (ODOC), KACEY THOMPSON, Americans with Disabilities (ADA) Coordinator for Two Rivers Correctional Institution (TRCI); MARCIA VENTURA, Statewide ADA Coordinator; T. HARN, East Law Librarian; MR. HOWSER, Law Librarian; JOHN AND JANE DOE'S ODOC Employees, | |
| Defendants. | |

I, Marica Ventura, declare:

1.      I am employed by the Oregon Department of Corrections ("ODOC") as the

Statewide Adult in Custody ("AIC") ADA Coordinator.  In that capacity, I make this declaration

based on personal knowledge.

Page 1 -   DECLARATION OF MARICA VENTURA IN SUPPORT OF DEFENDANTS'
           RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
           J1B/da3/1014690662

2. In the past, ODOC provided AICs with basic word processors such as the NEO Alphasmart word processor, for a variety of reasons. In 2024, ODOC Information Technology Security discovered an electronic security risk posed by the NEO word processors. ODOC began to confiscate the NEO word processors when they were encountered by staff.

3. For AICs who believed they needed a word processor to access a program, service, or activity, they were instructed to submit an AIC ADA Accessibility Request form.

4. At Two Rivers Correctional Institution ("TRCI"), the ADA accessibility process involves a multidisciplinary team ("MDT") review that includes Health Services, Behavioral Health Services ("BHS"), security staff, and the local Institution ADA Coordinator.

5. The Institution ADA Coordinator facilitates the MDT review but is not provided with a specific diagnosis to determine eligibility for a modification or approval of an accessibility item. The Institution ADA Coordinator relies on the opinion of Health Services or BHS staff to determine whether the request would help the AIC have equal access to programs, services, or activities.

6. The Securebook is a specially designed, transparent, and locked-down laptop that ODOC issues to AICs when approved through the ADA accessibility process.

7. The Securebook is generally issued to AICs with physical disabilities that hinder their ability to handwrite documents.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on March 3, 2026.

_s/ Marica Ventura_____
MARICA VENTURA

Page 2 -    DECLARATION OF MARICA VENTURA IN SUPPORT OF DEFENDANTS'
RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
J1B/da3/1014690662

## CERTIFICATE OF SERVICE

I certify that on March 3, 2026, I served the foregoing **DECLARATION OF MARICA VENTURA IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** upon the parties hereto by the method indicated below, and addressed to the following:

Robert Lee Emery
SID#13650508
Two Rivers Correctional Institution
82911 Beach Access Road
Umatilla, OR 97882
    *Pro Se Plaintiff*

\_\_\_ HAND DELIVERY
\_\_\_ MAIL DELIVERY
\_\_\_ OVERNIGHT MAIL
\_\_\_ TELECOPY (FAX)
\_\_\_ E-MAIL
_X_ **E-SERVED PURSUANT TO TRCI STANDING ORDER NO. 2019-12**

*s/ Jason Brown*
JASON BROWN #171846
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
jason.brown@doj.oregon.gov
Of Attorneys for State Defendants

Page 1 -    CERTIFICATE OF SERVICE
    J1B/da3/1000596984